**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 24 EM 2019
:
Respondent :
:
:
:
v. :
:
:
:
CRAIG SAUNDERS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of July, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.